# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF THE PETITION OF MCLEAN CONTRACTING AS OWNER OF THE M/V YORKTOWN, SWEET PEA, AND JOSEPHINE FOR EXONERATION FROM, OR LIMITATION OF, LIABILITY | CIVIL ACTION<br><br>NO.: 14-cv-5676 (CDJ) |

RECEIVED AUG 29 2017

FILED AUG 30 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## STIPULATION AND CONSENT ORDER SEALING PLAINTIFF'S SUPPLEMENTAL MEMONRANDUM AND ASSOCIATED DOCUMENTS FILED IN SUPPORT OF PLAINTIFFS TO APPROVE SETTLEMENT

It is stipulated and agreed by and among counsel for all parties to the captioned action that the Plaintiff's Supplemental Memorandum in Support of Plaintiff's Petition to Approve Settlement of a Wrongful Death and Survival Action and for Leave to Settle or Compromise Minor's Action, and associated documents submitted therewith, including the proposed order, should be sealed by the Clerk of Court pursuant to the terms of the settlement agreement reached by the parties which required confidentiality.

**LOCKS LAW FIRM**

By: /s/ Andrew DuPont
  Michael B. Leh, Esquire
  Andrew J. DuPont, Esquire
  The Curtis Center – Suite 720 East
  601 Walnut Street
  Philadelphia, PA 19106
  (215) 893-0100
  mleh@lockslaw.com
  adupont@lockslaw.com
  Attorneys for Plaintiff/Claimant
  Laura Carlile, Individually and
  as Personal Representative for the
  Estate of Christopher P. Carlile, Jr

**PALMER BIEZUP & HENDERSON LLP**

By:  /s/ Richard Q. Whelan
  Richard Q. Whelan, Esquire
  190 N. Independence Mall West
  Philadelphia, PA 19106
  rwhelan@pbh.com
  215-625-9900
  Attorneys for Claimant/Defendant
  Kirby Offshore Marine, Inc.
  f/k/a K-Sea Transportation, Inc.
  d/b/a River Associates, Inc.

{00201760-1 }

| | |
|---|---|
| **MATTIONI, LTD** | **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN, P.C.** |
| By: /s/ Stephen J. Galati<br>Stephen J. Galati, Esquire<br>Federal Reserve Bank Building<br>100 N. Independence Mall<br>Philadelphia, PA 19106<br>sgalati@mattioni.com<br>Attorneys for Claimant/Defendant<br>Liquidation Associates f/k/a<br>River Associates | By: /s/ Timothy D. Rau<br>Timothy D. Rau, Esquire<br>2000 Market Street, Ste. 2300<br>Philadelphia, PA 19103<br>TDRau@MDWCG.com<br>215-625-9900<br>Attorneys for Petitioner/Defendant<br>McLean Contracting Co. Inc. |

SO ORDERED this 29th day of August, 2017

_/s/ Lynne A. Sitarski_
HONORABLE LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE