IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF THE PETITION OF MCLEAN CONTRACTING AS OWNER THE M/V YORKTOWN, SWEET PEA, AND JOSEPHINE FOR EXONERATION FROM, LIMITATION OF, LIABILITY | CIVIL ACTION NO. 14-5676 |

**ORDER**

AND NOW, this 16th day of March, 2018, after review of the Supplemental Report and Recommendation (ECF No. 89) of United States Magistrate Judge Lynne. A. Sitarski dated December 22, 2017, and any objections filed thereto, IT IS HEREBY ORDERED:

1. The Supplemental Report and Recommendation is APPROVED AND ADOPTED. [1]
2. Second Supplemental Memorandum in Support of Plaintiff's Petition to Approve Settlement of a Wrongful Death and Survival Action and for Leave to Settle of Compromise Minor's Action (ECF No. 88) is GRANTED.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. Darnell Jones, II    J.

---

[1] The projected funding date of the periodic payments set forth herein is March 30, 2018. In the event the periodic payments are not funded on or before that date, the amounts and/or timing of the payments may be changed without need for further Court approval, to ensure the individual costs do not exceed those indicated, for a total cost of $207,594.00. Any changes to payment amounts and/or timing shall be reflected in the Settlement Agreement and Release and the Qualified Assignment and Release to be executed by the parties.